# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| ASHLEY HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action File |
| v. | ) No. 2:20-cv-104-RWS |
| | ) |
| JEFFREY ROE, individually, and | ) |
| RON FREEMAN, individually and in his | ) |
| official capacity, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff hereby notifies this Court that the parties have agreed to settle the above-captioned matter. Upon final consummation of the settlement, the parties will file a stipulation of dismissal with prejudice.

Respectfully submitted, this 23rd day of October, 2020.

/s/ Zack Greenamyre
Zack Greenamyre
Georgia Bar No. 293002
Samantha J. Funt
Georgia Bar No. 943783
**MITCHELL & SHAPIRO LLP**
3490 Piedmont Road, Suite 650
Atlanta, GA 30305
404-812-4751
zack@mitchellshapiro.com
sam@mitchellshapiro.com
*Attorneys for Plaintiff*

/s/ William J. Atkins
William J. Atkins
Georgia Bar No. 027060
**EDMOND, LINDSAY & ATKINS, LLP**
344 Woodward Avenue, SE
Atlanta, GA 30312
404-525-1090
batkins@edmondfirm.com
*Attorney for Plaintiff*

Case 2:20-cv-00104-RWS   Document 67   Filed 10/23/20   Page 2 of 2

-2-

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the foregoing **NOTICE OF SETTLEMENT** by filing the same with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all parties of record.

This 23rd day of October, 2020.

        /s/ Zack Greenamyre
        Zack Greenamyre
        Georgia Bar No. 293002